**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-cv-60012-MIDDLEBROOKS/TORRES

MALCOM BURNS,

     Plaintiff,

v.

FRANK BISIGNANO,
Acting Commissioner of the
Social Security Administration,

     Defendant.

_____/

## **<u>FINAL JUDGMENT</u>**

THIS CAUSE is before the Court pursuant to this Court's previous Orders Adopting Report

and Recommendation. (DE 19). Final judgment is entered pursuant to Federal Rule of Civil

Procedure 58, as set forth below.

It is hereby **ORDERED and ADJUDGED** that:

1. Final Judgment is hereby entered in favor of Defendant Frank Bisignano Commissioner of

   Social Security and against Plaintiff Malcom Burns.

2. The Administrative Law Judge's decision is **AFFIRMED.**

3. The Clerk of Court shall **CLOSE THIS CASE.**

4. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 22nd day of December, 2025.

_____

Donald M. Middlebrooks
United States District Judge